UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| DARLENE BIG CROW, as personal representative for the ESTATE OF SETH BIG CROW,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE MATHEW, M.D.,<br><br>Defendant. | CIV. 08-3011<br><br><br><br>**NOTICE OF DISMISSAL BANKRUPTCY** |

Please take notice that the bankruptcy of Defendant George Mathew filed in United States Bankruptcy Court for the Western District of Washington at Seattle, number 08-15182-KOA has been dismissed. A copy of the Order of Dismissal is attached hereto as Exhibit A.

Dated at Sioux Falls, South Dakota, this 30th day of July, 2009.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.


/s/ *Mark W. Haigh*
Mark W. Haigh
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: mhaigh@dehs.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

Mark W. Haigh, one of the attorneys for Defendant, hereby certifies on this 30th day of July, 2009, I caused the following document(s):

- ♦ Notice of Dismissal Bankruptcy

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

> William J. Janklow
> Andrew R. Damgaard
> JANKLOW LAW FIRM, PROF. L.L.C.
> 1700 W. Russell Street
> Sioux Falls, SD  57104
>
> *Attorneys for Plaintiff*

Dated:  July 30, 2009                         /s/ *Mark W. Haigh*
                                              Mark W. Haigh