# EXHIBIT A

Entered on Docket Jul. 17, 2009

Judge: Karen A. Overstreet
Chapter: 13
Hearing Date: June 12, 2009
Hearing Time: 9:30 a.m.
Hearing Location:
    Judge Overstreet's Courtroom
    700 Stewart St #7206
    Seattle, WA 98101
Response Date: June 05, 2009

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

GEORGE MATHEW,

        Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 08-15182-KAO

ORDER DENYING CONFIRMATION
OF PLAN AND DISMISSING CASE

THIS MATTER having come before the Court upon the Chapter 13 Trustee's objection

to confirmation of the debtor's Chapter 13 plan and motion to dismiss case, proper notice having

been given, and the Court having examined the files and records, having heard any argument of

counsel, and being fully advised, it is

ORDERED that confirmation of the above-numbered Chapter 13 plan is denied; and

ORDERED that this case is dismissed.

Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

/s/ K. Michael Fitzgerald
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee

ORDER DENYING CONFIRMATION
AND DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282